## IN THE CIRCUIT COURT FOR HARFORD COUNTY, MARYLAND

John E. Driscoll, III
Laura D. Harris
Daniel J. Pesachowitz
Deena L. Reynolds
611 Rockville Pike Suite 100
Rockville, Maryland 20852
Substitute Trustees, Plaintiffs

v.                                                                Civil Action No.

**SANDRA S. FORQUER**
**BARBARA S. FORQUER**
**452 East Broadway Street**
**Bel Air, MD 21014**
Defendant(s)

### ORDER TO DOCKET SUIT OF FORECLOSURE OF DEED OF TRUST

TO THE CLERK OF THE CIRCUIT COURT:
Please docket the above-entitled foreclosure action, together with:

(1) A copy of the original deed of trust note or an Affidavit of lost note; attached hereto as EXHIBIT A;
(2) An Affidavit Certifying Ownership of Note, attached hereto as EXHIBIT B;
(3) A copy of that certain Deed of Trust, recorded among the land records of Harford County, Maryland, in liber 6421, folio 344, attached hereto as EXHIBIT C;
(4) Substitution of Trustee ("SOT"), attached hereto as EXHIBIT D;
(5) An Affidavit pursuant to Maryland Rule 14-207, attached hereto as EXHIBIT E;
(6) An Affidavit of Deed of Trust Debt and Right to Foreclose, attached hereto as EXHIBIT F;
(7) An Affidavit of Default, attached hereto as EXHIBIT G;
(8) An Affidavit of Default and Mailing of Notice of Intent to Foreclose, a copy of the Notice of Intent to Foreclose ("NOI"), and a loss mitigation package that was sent with each NOI (to conserve resources we are filing only one copy of the loss mitigation package with the court) attached hereto as EXHIBIT H;
(9) An Affidavit Negating Military Service, attached hereto as EXHIBIT I;
(10) A Preliminary Loss Mitigation Affidavit attached hereto as EXHIBIT J.

**A FINAL LOSS MITIGATION AFFIDAVIT IS NOT ATTACHED.**

**THE PARTIES HAVE NOT ELECTED TO PARTICIPATE IN PREFILE MEDIATION.**

**THIS IS RESIDENTIAL PROPERTY THAT IS OWNER OCCUPIED.**

The license number of the mortgage originator is not listed on the security instrument. The license number of the mortgage lender is 18163.

*/s/ Laura Harris*

Laura D. Harris, Esquire (Signing Attorney)
Attorney for Substitute Trustee
Samuel I. White, P.C.
5040 Corporate Woods Drive, Ste 120
VA Beach, VA 23462
(757) 490-9284

**CERTIFICATION BY ATTORNEY WITH OUT-OF-STATE OFFICE**

I HEREBY CERTIFY on this 30th day of April, 20 13, that I am an attorney duly admitted to practice before the Court of Appeals of Maryland.

*/s/ Laura Harris*

Laura D. Harris, Esquire (Signing Attorney)
Attorney for Substitute Trustee
Samuel I. White, P.C.
5040 Corporate Woods Drive, Ste 120
VA Beach, VA 23462
(757) 490-9284